IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 07-cr-00346-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RIGOBERTO URZUA-GARCIA,

    Defendant.

## ORDER

**Blackburn, J.**

    On July 7, 2008, the defendant was sentenced by the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado, to a sentence of time served. Presently, the defendant is incarcerated in the common jail of La Plata County, Colorado. Having been sentenced by this court, the defendant should be released from county jail and remanded to the United States Marshal.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the defendant, Rigoberto Urzua-Garcia, **SHALL BE RELEASED** from the common jail La Plata County, Colorado effective forthwith; and

    2. That the custody of the defendant is **REMANDED** to the United States Marshal for imposition and execution of the sentence imposed by this court.

    Dated July 7, 2008, at Denver, Colorado.

                             **BY THE COURT:**

                             **s/ Robert E. Blackburn**
                             **Robert E. Blackburn**
                             **United States District Judge**